IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| v. | : | **DATE FILED: _____** |
| **THOMAS DEVINE** | : | **VIOLATIONS:** |
| | | 18 U.S.C. § 2252(a)(4)(B) (possessing |
| | : | child pornography - 1 count) |
| | | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 18, 2006, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**THOMAS DEVINE**

knowingly possessed more than 100 videos and more than two dozen images, which contained visual depictions that had been that had been shipped and transported in interstate and foreign commerce.  The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18 U.S.C. § 2252(a)(4)(B).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.      As a result of the violation of Title 18, United States Code, Section 2252(a)(4), set forth above, defendant

**THOMAS DEVINE**

shall forfeit to the United States of America the following:

    (1)    Any visual depiction described in 18 U.S.C. § 2252, or any book, magazine, periodical, film, videotape, compact disk, computer, hard drive, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252;

    (2)    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such an offense; and

      (3)    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: one Compaq laptop computer, serial number 1N27KSB1R42B.

All pursuant to Title 18, United States Code, Section 2253.

                            **A TRUE BILL:**

                            _____
                            **GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**