Room No. 16429
Tel. No. 267-299-7539

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: October 12, 2006 |
| vs. | : | |
| | : | |
| THOMAS DEVINE | : | Criminal No. 06-535 |
| 10825 EAST KESWICK ROAD | : | |
| APT. 61 | : | |
| PHILADELPHIA, PA  19154 | : | |

**TAKE NOTICE** that the above-entitled case has been set for INITIAL APPEARANCE/ PLEA  HEARING in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Monday, October 30, 2006** at **11:00 a.m.** before the Honorable Louis H. Pollak , in Courtroom16-B, 16th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
/s/ Donna M. Bozzelli
Donna M. Bozzelli
Deputy Clerk to Judge Pollak

[ ] INTERPRETER REQUIRED
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:	Defendant
M. McGovern, Esq. **(via mail)**
Karen Grigsby, AUSA **(via email**)
U.S. Marshal **(via email)**
Probation Office **(via email)**
Pretrial Services **(via email)**
Larry Bowman **(via email)**

Cr 4 (rev. 8/98)